Case 9:05-cv-80055-DTKH   Document 47   Entered on FLSD Docket 10/17/2005   Page 1 of 14

FILED by _____ D.C.
ELECTRONIC

Oct 17 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No. 05-80055-CIV-HURLEY
Magistrate Judge Hopkins

ALFONSO FANJUL,

        Plaintiff

v.

ANAVI LIMITED, *THE IVANA*, HER
ENGINES, TACKLE and OTHER
APPURTENANCES, *IN REM*, and
CONDOR LEASING OF PALM BEACH
COUNTY INC., and *THE EXPLORER 1,*
HER ENGINES, TACKLE and OTHER
APPURTENANCES, *IN REM*.

        Defendants.
_____/

## ANAVI LIMITED'S EXPERT WITNESS DISCLOSURE

The Defendants, ANAVI LIMITED and the "IVANA" *in rem,* by and through their undersigned counsel and pursuant to this Court's Order Setting Trial Date and Discovery Deadlines and Order Granting Motion for Enlargement of Time rendered October 3, 2005, hereby file their Rule 26(a) Expert Witness Disclosure, as follows:

1.     **Jurgen W. Schulze**
       **John Alder & Co. LLC**
       **385 Prospect Avenue**
       **Hackensack, NJ 07601**

Mr. Schulze will testify as to the involvement of the two vessels, "Ivana" and "Explorer 1", in the allisions with the Fanjul dock during Hurricane Frances, the nature and extent of the resulting damage sustained by the Fanjul dock and the reasonable cost of repairs. Mr. Schulze relied upon the proposals submitted by Florida Marine Services, Inc. and Murphy Construction Co. for the repairs to the dock, various drawings and plans pertaining to the design and construction of the dock

HORR, NOVAK & SKIPP, P.A.
SUITE 1104 - ONE DATRAN CENTER - 9100 S. DADELAND BOULEVARD - MIAMI, FLORIDA 33156 - TEL. (305) 670-2525

1 of 14

47/rb

produced by Plaintiff, the January 20, 2005 Report from Cane Construction Consultants, photographs obtained by Mr. Schulze, a photograph taken by Frano Juricko (Engineer on the M/V "Ivana") during Hurricane Frances, photographs provided by Plaintiff's representative, Daniel Ross, as well as Mr. Schulze's inspection of the Fanjul dock.  A copy of Jurgen Schulze's resume is also attached.

Respectfully submitted,

  /s/ Jonathan W. Skipp
JONATHAN W. SKIPP
HORR, NOVAK & SKIPP, P.A.
One Datran Center, Suite 1104
9100 S. Dadeland Blvd.
Miami, Fl 33156
Tel. (305) 670-2525
Fax (305) 670-2526

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 17th day of October, 2005 to **Juan Carlos Antorcha, Esq**. and **Joseph P. Klock, Jr., Esq**., Squire, Sanders & Dempsey L.L.P. Including Steel Hector & Davis, LLP, 200 S. Biscayne Boulevard, Suite 4000, Miami, Florida 33131-2398, attorneys for Plaintiff, and **Darlene Lidondici, Esq**. Fertig and Gramling, 200 SE 13th Street, Ft. Lauderdale, Florida 33316, attorneys for the Defendant, Condor Leasing of Palm Beach County, Inc.

  /s/ Jonathan W. Skipp
JONATHAN W. SKIPP
Florida Bar No. 710570

 **John Alder & Co. LLC**

**Florida Office:**
9990 SW 77th Avenue
Suite 330
Miami, FL 33156
USA

Tel: 1-305-275-6313
Fax: 1-305-275-8987
*Writer's Email:*
jurgenschulze@usa.net

October 13, 2005

Horr, Novak & Skipp, P.A.
One Datran Center
Suite 1104
9100 South Dadeland Boulevard
Miami, FL 33156

Attention: Jonathan W Skipp, Esq.

Your file: 3688
Our File: 041043

### Alfonso Fanjul v. Anavi Limited, et al

Dear Sir,

Reference is made to your recent request to provide you with our comments on: -

(1) the extent of the damage sustained by the dock (apparently owned by Alfonso Fanjul and located at 359 North Lake Way, Palm Beach, FL) on or about September 4, 2004 (see Sec. 2.0 below),

(2) the proposed repair costs (see Sec. 3.0 below), and

(3) whether such damage was caused by either the M/Y EXPLORER I or the M/Y IVANA, or both (see Sec. 4.0 below).

**1.0    Introduction**

We were requested by the Underwriters of the M/Y IVANA to attend the dock located at 359 North Lake Way, Palm Beach, FL ("the Fanjul dock"), and undertook a general inspection of the Fanjul dock on October 4, 2005, in the presence of Daniel Ross and Christine Winterling both representing Alfonso Fanjul).

Horr, Novak & Skipp, P.A.
October 13, 2005
Page 2

Subsequently, we received copies of a repair estimate (dated October 6, 2004) from Murphy Construction Co of West Palm Beach, FL, as well as Florida Marine Services LLC (dated November 2, 2004 – with Addendum dated November 9, 2004), as well as copies of various drawings and plans relating to the reconstruction of the dock, prepared by Cutcher & Associates, Inc. (dated December 14, 2004). We received a copy of Cane Construction Consultants' letter to Messrs. SAMS-AMS #688 dated January 20, 2005.

Finally, we were provided with various photographs by Daniel Ross (on behalf of Alfonso Fanjul) as well as Frano Juricko (the engineer of the M/Y IVANA).

**2.0   Damage Sustained by The Fanjul Dock**

The Fanjul dock was inspected by us on October 4, 2004. It is located to the west of the property known as 359 North Lake Way, Palm Beach, FL (facing, and extending into, the Intercoastal), and of an "L" shape, with the extension of the "L" pointing towards the South. Overall (and apart from the damage sustained as discussed below), the dock appeared to be in a reasonable condition, showing some signs of wear and tear. We are not aware of the date when the dock was constructed (or last reconstructed).

We understand that the Fanjul dock had (in the East-West direction) a length of about 115 feet, and in the North-South direction of about 30 feet. The Fanjul dock was constructed on top of concrete pilings, with decorative wooden decking (containing a herringbone-type pattern), and including (facing North, and to the far western end of the West-East section of the Fanjul dock) a boatlift, said to have a lifting capacity of between 14,000 to 16,000 lbs, set between four separate concrete pilings. A second (much smaller) boatlift was located on the southern side of the West-East section of the Fanjul dock, adjacent to the dock wall.

To the north and south of the Fanjul dock, wooden mooring pilings were set (about 6 – 8 on either side), as well as alongside the North-South section of the Fanjul dock..

In the course of our inspection on October 4, 2004, we observed the following: -

   (i)    the southern side of the West-East section of the Fanjul dock showed signs of severe impact over a length of about 25 feet;

   (ii)   the West-East section of the Fanjul dock had been pushed northwards in about the center area;

   (iii)  there was a separation of four of the wood decking sections in the area where the West-East and North-South sections met;

Horr, Novak & Skipp, P.A.
October 13, 2005
Page 3

 (iv) four of the concrete pilings adjacent to the main boatlift (North of the West-East section of the Fanjul dock) were either completely damaged or broken off respectively; the boatlift itself was severely impacted and damaged;

 (v) Although the exact number of wooden mooring pilings (located to the North and South of the Fanjul dock) was apparently not known (by Daniel Ross and/or Christine Winterling), virtually all of the wooden pilings were either broken or completely destroyed.

Since we did not undertake an inspection of the Fanjul dock prior to September 4, 2004 (being the date on which the said dock allegedly sustained damage by M/Y EXPLORER I and M/Y IVANA), we are unable to advise whether any of the damage noted above already existed on or before September 4, 2004.

## 3.0 The Proposed Repair Costs

Having reviewed the repair estimate submitted by Florida Marine Services dated November 2, 2004, by Murphy Construction Co dated October 6, 2004, as well as the comments of Cane Construction Consultants in their letter dated January 20, 2005, we agree with the observations and assessments made by Cane Construction Consultants that the repair costs as quoted by Florida Marine Services (subject to the under-estimated, missing and supplementary costs identified by Cane Construction Consultants, namely for a base price of $105,000.00, and $168,749.00 with respective price adjustments) are fair and reasonable for a complete reconstruction of the Fanjul dock.

However, based on our inspection of the Fanjul dock on October 4, 2004, we have reservations as to whether the <u>entire</u> dock required replacement (e.g. we refer to our comments in respect of the first set of concrete pilings in Sec. 2.0 above), and why Florida Marine Services did not, for instance, provide for the reuse of undamaged wood decking areas. The photograph (No. 1) shown below (taken by us on October 4, 2004) depicts the wooden deck area adjacent to the dock wall, which shows no signs of any damage whatsoever: -



Horr, Novak & Skipp, P.A.
October 13, 2005
Page 4

Similarly, there were extensive wooden deck areas along the West-East and North-South sections of the dock (shown below in our photograph [No. 2] taken on October 4, 2004), that were undamaged: -



In our opinion, the costs of removing these undamaged wooden deck areas (and reinstalling them) would not have outweighed or exceeded the costs of a complete new installation so that savings could have been achieved in the reconstruction of the wooden deck area of the Fanjul dock.

Equally, since only small sections of the wooden facia boards and railings were damaged, these did not require a complete replacement and should have been reused.

### 4.0   Damage caused by M/Y EXPLORER I, M/Y IVANA and/or Both

Our comments in this section are based on information supplied to us by Frano Juricko, the engineer of the M/Y IVANA, our observations made during our inspection of the Fanjul dock on October 4, 2004, as well as photographs supplied by Daniel Ross (representing Alfonso Fanjul) and Frano Juricko.

### 4.1   Impact by M/Y IVANA

We understand that, on September 4, 2004, M/Y IVANA drifted (with both anchors dropped and pulling) in a southerly direction in the Intercoastal (with her bow pointing North) before striking (with her stern) the northerly facing boat lift of the Fanjul dock (close to the point where the West-East section of the Fanjul dock meets up with the North-South facing section). She subsequently made a portside turn, coming to lie alongside the West-East section of the Fanjul dock, as shown in the photograph (No. 3) below (provided by Frano Juricko and taken on September 4, 2004): -

Horr, Novak & Skipp, P.A.
October 13, 2005
Page 5



Later on (either on September 4 or September 5, 2004), M/Y IVANA was apparently pushed by prevailing winds northwards, making a 90° turn to starboard, and coming aground alongside the sea wall just north of the Fanjul dock (photograph [No. 4] supplied by Daniel Ross): -



As appears from the photograph (No. 5) below (also supplied by Daniel Ross), the damage to the northern side of the Fanjul dock was apparently limited to the

area of the boat lift, with no visible signs of damage to the remainder of the (north-facing) West-East section of the Fanjul dock: -



### 4.2 Impact by M/Y EXPLORER I

Apparently, M/Y EXPLORER I had tied up (on September 4, 2004 during the Hurricane FRANCES) at the Palm Beach Yacht Club (located to the south of the Fanjul dock), but broke her moorings. M/Y EXPLORER I subsequently proceeded northwards in the Intercoastal, before damaging several of the wooden mooring pilings to the south of the Fanjul dock, and colliding with the West-East section of the Fanjul dock (photograph [No. 6] supplied by Daniel Ross): -



Horr, Novak & Skipp, P.A.
October 13, 2005
Page 7

### 4.3  Damage Caused by Both Motor Yachts

As appears from the photograph No. 3 (see above at Sec. 4.1), which was taken by Frano Juricko (M/Y IVANA's engineer), and depicts M/Y IVANA <u>after</u> she had struck the boat lift to the northern side of the Fanjul dock and after she came to lie alongside the West-East section of the Fanjul dock, two of the four concrete pilings forming part of the boatlift had apparently been damaged (they were no longer visible), but the two closest to the Fanjul dock were still standing and apparently undamaged.

As shown in photograph No. 3 (see Sec. 4.1 above), the stern ramp of M/Y IVANA showed no signs of any impact damage, which would indicate that the contact between M/Y IVANA and the Fanjul boat lift was with her portside hull rather than her stern. As can be seen from photographs Nos. 4 and 6 (see Secs. 4.1 and 4.2 above), the portside hull section of M/Y IVANA sustained scraping damage, which is entirely consistent with her position alongside the northern side of the Fanjul dock (as shown in photograph No. 3 – see Sec. 4.1 above), and indicates that she was rubbing against the protruding boatlift and most northern concrete pilings of that lift. The absence of damage to M/Y IVANA's stern also indicates that two (of the four) concrete pilings were probably damaged and broke off during the period whilst M/Y IVANA was alongside the Fanjul dock rather than by any impact with her stern.

Following the collision by M/Y EXPLORER I with the Fanjul dock (as shown in photograph No. 6 at Sec. 4.2 above), both of the remaining boat lift pilings were broken and leaning towards the south, which could well have resulted from the impact by M/Y EXPLORER I (which was proceeding in a northerly direction when striking the Fanjul dock) and the resulting northwards push of the respective wooden deck areas adjacent to the impact point (NB: the piling breakage appears to have been at the level of the wooden deck rather than above or below).

The apparent absence of any visible damage to the northern side of the West-East section of the Fanjul dock (except to the boat lift to the far West of this section) as is shown in the photograph No. 5 (see Sec. 4.1 above), as well as the absence of any damage to the stern of M/Y IVANA indicates that the displacement of the wooden deck and the concrete pilings of the West-East section of the Fanjul dock was attributable to the severe impact by M/Y EXPLORER I with the Fanjul dock, and that the damage caused to the Fanjul dock by M/Y IVANA was limited to the damage sustained by the boat lift (and two of the four concrete pilings forming part of the boat lift structure) and a resulting potential shifting of both wooden deck area and pilings of the North-South section of the Fanjul dock (which is less than 1/3 of the length of the West-East section of the Fanjul dock).

Horr, Novak & Skipp, P.A.
October 13, 2005
Page 8

However, since we have not seen any reports relating to a detailed examination of the concrete pilings, it is not known for certain whether the concrete pilings of the North-South section of the Fanjul dock were actually damaged and thus required either repair and/or replacement.

**4.4  General Observations on Apportionment of Damage**

Based on the information made available to us and as discussed above, we take the view that it is more than likely that a greater proportion of the damage sustained by the Fanjul dock is attributable to the impact by M/Y EXPLORER I than by M/Y IVANA.

The damage sustained by the bow of M/Y EXPLORER I (as shown in the photograph [No. 7] below, taken by us on September 14, 2004 whilst the yacht was at Florida Marine Services in Riviera Beach, FL, awaiting repairs) indicates a substantial impact force, and extends up to 10 feet towards both port and starboard, including a hole in the hull on the portside: -



Given the northward deflection of the West-East section of the Fanjul dock, the absence of visible damage to the northern side of the West-East dock section, as well as the fact that two of the boatlift concrete pilings broke off at the level of the wooden deck (and were still undamaged after M/Y IVANA was lying alongside – see photograph No. 3), it is our opinion that more than 50% of the damage sustained by the Fanjul dock is attributable to the impact by M/Y EXPLORER I.

Horr, Novak & Skipp, P.A.
October 13, 2005
Page 9

### 5.0 Summary and Conclusions

(i) The Fanjul dock, located in Palm Beach, FL, was damaged by both M/Y EXPLORER I and M/Y IVANA on or about September 4, 2004;

(ii) Whilst we agree with Cane Construction Consultants (as per their letter dated January 20, 2005) that the repair estimate submitted by Florida Marine Services and dated November 2, 2004 (base price: $105,000.00; with adjustments as identified by Cane Construction: $168,749.00) is fair and reasonable for a <u>new</u> construction of the Fanjul dock;

(iii) However, provision should have been made for the reuse of undamaged concrete pilings, wooden deck areas, facia boards, and railings where feasible;

(iv) Based on information supplied to us, and given the northward deflection of the West-East section of the Fanjul dock, the absence of visible damage to the northern side of the West-East dock section, as well as the fact that two of the boatlift concrete pilings broke off at the level of the wooden deck (and were still undamaged after M/Y IVANA was lying alongside – see photograph No. 3), it is our opinion that more than 50% of the damage sustained by the Fanjul dock is attributable to the impact by M/Y EXPLORER I.

Very truly yours,

JOHN ALDER & CO LLC

*[signature]*

Jurgen W Schulze

\04\1043\L Report 01



# John Alder & Co LLC

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office:
385 Prospect Avenue
2nd Floor
Hackensack, NJ 07601   USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200

## RESUME

| | | |
|---|---|---|
| Name | : | Jurgen W. Schulze |
| Nationality | : | German |
| Born | : | August 5, 1951 |
| Languages | : | Fluent German, French and English |
| Present Employment | : | Insurance Consultant, John Alder (South America) Inc |

### EDUCATION AND QUALIFICATIONS

1957 - 1961   Primary School, Bremen, Germany.

1961 - 1070   Secondary School, Bremen, Germany

1970 - 1975   University of Hamburg, Germany, Faculty of Law, BA (Law)

1975 - 1979   Post-Graduate Training, Hamburg

1979           Admission to Bar in Hamburg

1982           Associate Chartered Institute of Arbitrators

2003           Associate of Association of Certified Fraud Investigators

2004           Accredited Claims Adjuster

### PREVIOUS EMPLOYMENT

1972 - 1974          **HDW Shipyard, Hamburg, Germany**

Part time shipyard mechanic employed in repairs to and replacement of pistons in marine diesel engines.

| | |
|---|---|
| 1975 - 1976 | **Lebuhn & Puchta, Hamburg, Germany** |

Part time assisting with investigation and adjustment of marine and non-marine insurance claims.

| | |
|---|---|
| 1976 | **John Laing (Management) Ltd. , London, England** |

Part time adjusting and investigating marine and third party liability claims for P & I Clubs.

| | |
|---|---|
| 1979 - 1983 | **John Laing (Management)  Ltd. , London, England** |

Investigation and surveys of maritime casualties, including collisions, grounding, fires, cargo and hull damage.  Preparation of general average and particular average adjustments.  Adjustment of all types of marine hull and cargo claims.  Preparation of witness statements and reports on casualties.  Investigate and advise on marine liability issues.

| | |
|---|---|
| 1983 - 1997 | **Kennedys, London, England** |

Investigate salvage claims, collisions, fires, grounding, cargo and hull damage claims (commercial vessels and yachts).  Extensive travel to accident scenes world wide to investigate marine casualties and take witness statements, conduct of maritime and commercial arbitration and litigation.

| | |
|---|---|
| 1997 - 2002 | **John Alder & Co. Inc.  (USA)** |

Investigation and surveys of marine casualties including hull (commercial vessels and yachts) and cargo losses. Interview witnesses, develop facts and report to clients on marine and non-marine casualties. Conducted investigations in Nigeria, Guinea, Hong Kong, China, all EU countries, Ecuador, Curacao, Trinidad, Mexico, Canada, Brazil, Poland, Soviet Union, Ukraine, Marshal Islands, and nearly all 50 States of the US.

| | |
|---|---|
| 2003 – present | **John Alder (South America) Inc.** |

Investigation and surveys of marine casualties including hull (commercial vessels and yachts) and cargo losses. Interview witnesses, develop facts and report to clients on marine and non-marine casualties. Conducted investigations in Nigeria, Guinea, Hong Kong, China, all EU countries, Ecuador, Curacao, Trinidad, Mexico, Canada, Brazil, Poland, Soviet Union, Ukraine, Marshal Islands, and nearly all 50 States of the US.


**ACTIVITIES OF JOHN ALDER & CO  and John Alder (South America) Inc.**

Since the formation of the company, John Alder & Co. Inc. in March 1988, many major and a number of minor casualties have been attended.

Loss investigation, surveys and consultancy are undertaken for Cargo and Hull Underwriters, P & I Clubs, attorneys and other parties.

While we are prepared to travel to any part of the world for established clients, we normally limit our activities geographically to loss investigations and surveys in North America, Caribbean and the Spanish speaking countries of Central and South America. Our staff members include fluent speakers of Spanish, French, German, Portuguese and Polish.

Since 1988, surveys and investigations have been undertaken in the USA, Canada, Mexico, Guatemala, Honduras, El Salvador, Costa Rica, Panama, Belize, Colombia, Dominican Republic, Ecuador, Greece, Haiti, Indonesia, Poland, Puerto Rico and other Caribbean Islands (including Curacao and Trinidad), Samoa, Marshal Islands, Brazil, Uruguay, Paraguay, Australia, Kuwait, Argentina, Chile, Bolivia, Peru, Venezuela, Turkey, Spain, Italy, U.K., Germany, Poland, Netherlands, Ukraine, Guinea, Nigeria, Hong Kong, China, Philippines, Japan, Soviet Union, and Taiwan.

XCV05JS