FILED by EG D.C.
ELECTRONIC

Mar 20 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

ADMIRALTY

Case No.: 05-80055
CIV-Hurley
Magistrate Anne E. Vitunac

ALFONSO FANJUL,

    Plaintiff

v.

ANAVI LIMITED, THE IVANA, her
Engines, tackle and other
Appurtenances, in rem, and CONDOR
LEASING OF PALM BEACH COUNTY
INC., and THE EXPLORER I, her
Engines, tackle and other appurtenances,
In rem,

    Defendants._____/

## AGREED NOTICE OF SETTLEMENT

Plaintiff, Alfonso Fanjul, and the Defendants, Anavi Limited and The Ivana and Condor Leasing of Palm Beach County, Inc. and The Explorer I (collectively known as the "parties") on behalf of all the parties, files this Agreed Notice of Settlement to inform the Court that the parties have settled this matter. The parties will be filing shortly with the Court a Stipulation of Settlement And Notice of Dismissal executed by all the parties. The parties, however, would like for the Court to retain jurisdiction over this matter until the Stipulation of Settlement And Notice of Dismissal is filed.

97 SK

Case No. 05-80055 CIV – HURLEY/VITUNAC

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L. L. P.
Attorneys for the Plaintiff
200 South Biscayne Boulevard
Suite 4100
Miami, Florida 33131-2398
Telephone:   305.577.2877
Facsimile:    305.577.7001

By: /s/ JuanCarlos Antorcha
    Joseph P. Klock, Jr., FBN 156678
    Rashida M. Ivy, FBN 474230
    JuanCarlos Antorcha, FBN 523305

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via Facsimile and U.S. Mail this 20th day of March, 2006 to Darlene Lidondici, Esq., Fertig & Gramling, 200 SE 13th Street, Fort Lauderdale Florida 33315-1822 and Jonathan W. Skipp, Esq., Horr, Novak & Skipp, 9100 South Dadeland Boulevard, Suite 1104, Miami, Florida 33156.

By: /s/JuanCarlos Antorcha

MIAMI/4160710.1
66602.02519